DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Gregory Burns Snyder

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:10-cr-00080 AWI-DLB |
| | ) |
| Plaintiff, | ) *AMENDED* STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE  HEARING; |
| v. | ) ~~[PROPOSED]~~ ORDER |
| | ) |
| GREGORY BURNS SNYDER , | ) |
| | ) |
| Defendant. | ) Date:   March 26, 2012 |
| | ) Time:  10:00 a.m. |
| | ) Judge: Honorable Anthony W. Ishii |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above captioned matter, now scheduled for March 19, 2012, may be continued to **March 26, 2012, at 10:00 a.m.**

The reason for this continuance is to allow additional time for plea negotiations.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

1    BENJAMIN B. WAGNER
     United States Attorney

2

3  Dated: March 15, 2012          /s/ Laurel J. Montoya
                                  LAUREL J. MONTOYA
4                                 Assistant United States Attorney
                                  Attorney for Plaintiff
5

6                                 DANIEL J. BRODERICK
                                  Federal Defender
7

8  Dated: March 15, 2012          /s/ Francine Zepeda
                                  FRANCINE ZEPEDA
9                                 PEGGY SASSO
                                  Assistant Federal Defender
10                                Attorneys for Defendant
                                  Gregory Burns Snyder
11

12

13

14

15              O R D E R

16        IT IS SO ORDERED. Status Conference to be held March 26, 2012, at 1:00 p.m.

17  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161 (h)(8)(B)(i)and (iv)

18  IT IS SO ORDERED.

19
   Dated:    March 15, 2012
20                                     CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28