DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Gregory Burns Snyder

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>v.<br><br>GREGORY BURNS SNYDER ,<br><br>       *Defendant.* | NO.  1:10-cr-00080 AWI-DLB<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER<br><br>Date:  April 9, 2012<br>Time:  10:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Change of Plea hearing in the above captioned matter, now scheduled for March 26, 2012, may be continued to **April 9, 2012, at 10:00 a.m.**

The reason for this continuance is to allow additional time for plea negotiations.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

                    BENJAMIN B. WAGNER
                    United States Attorney

Dated: March 22, 2012            */s/ Laurel J. Montoya*
                    LAUREL J. MONTOYA
                    Assistant United States Attorney
                    Attorney for Plaintiff

                    DANIEL J. BRODERICK
                    Federal Defender

Dated: March 22, 2012            */s/ Peggy Sasso*
                    FRANCINE ZEPEDA
                    PEGGY SASSO
                    Assistant Federal Defender
                    Attorneys for Defendant
                    Gregory Burns Snyder

## O R D E R

IT IS SO ORDERED.

Dated:   March 22, 2012

                    CHIEF UNITED STATES DISTRICT JUDGE