DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GREGORY BURNS SNYDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00080 AWI |
|---|---|---|
| *Plaintiff,* | ) ) ) | **STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; ORDER** |
| v. | ) ) | |
| GREGORY BURNS SNYDER, | ) ) | DATE:   September 10, 2012 TIME:    10:00 a.m. |
| *Defendant.* | ) ) ) | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the informal objections in the above-captioned matter be continued to August 13, 2012, formal objections be continued to August 27, 2012 and the sentencing hearing now set for August 20, 2012, **may be continued to September 10, 2012 at 10:00 a.m**.

This continuance is at the request of counsel for defendant.  The defendant is in custody and has not been transported from Nevada.  Counsel believes it will take about two to three weeks for Mr. Snyder to be transported.  At that point counsel will be able to review the presentence investigation report with him and prepare objections according to the above schedule.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 16, 2012 | By: /s/ *Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 16, 2012 | By: /s/ Francine Zepeda<br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GREGORY B. SNYDER |

**O R D E R**

IT IS SO ORDERED.

Dated:   July 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE